UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 01 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSEMARIE VARGAS; et al.,<br><br>        Plaintiffs - Appellants,<br><br>and<br><br>NEUHTAH OPIOTENNIONE and JESSICA TSAI,<br><br>        Plaintiffs,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>        Defendant - Appellee. | No. 21-16499<br><br>D.C. No. 3:19-cv-05081-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

      A dial-in telephone conference with counsel for appellee only will be held on November 2, 2022, at 12:00 p.m. **Pacific Time.**

      Each participant will receive an email with dial-in information.

      Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

      FOR THE COURT:

      Jonathan Westen
      Circuit Mediator

bls/mediation