UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 02 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSEMARIE VARGAS; et al., <br><br> Plaintiffs - Appellants, <br><br> and <br><br> NEUHTAH OPIOTENNIONE and JESSICA TSAI, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant - Appellee. | No. 21-16499 <br><br> D.C. No. 3:19-cv-05081-WHO <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The dial-in conference with counsel for appellee, previously scheduled for November 2, 2022, is rescheduled to November 3, 2022, at 12:00 p.m. **Pacific Time.**

Each participant will receive an email modifying the dial-in information.

FOR THE COURT:

Jonathan Westen
Circuit Mediator

bls/mediation