UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSEMARIE VARGAS; et al.,<br><br>            Plaintiffs - Appellants,<br><br>and<br><br>NEUHTAH OPIOTENNIONE and JESSICA TSAI,<br><br>            Plaintiffs,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>            Defendant - Appellee. | No. 21-16499<br><br>D.C. No. 3:19-cv-05081-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

On or before December 1, 2022, counsel for appellants shall provide a status report by email to the Circuit Mediator (jonathan_westen@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

FOR THE COURT:

Jonathan Westen
Circuit Mediator

vs/mediation