UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 01 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSEMARIE VARGAS; et al.,<br><br>    Plaintiffs - Appellants,<br><br> and<br><br>NEUHTAH OPIOTENNIONE and JESSICA TSAI,<br><br>    Plaintiffs,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>    Defendant - Appellee. | No. 21-16499<br><br>D.C. No. 3:19-cv-05081-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

A dial-in telephone conference, with counsel for appellants only, will be held on December 02, 2022, at 11:15 a.m. **Pacific Time.**

Each participant will receive an email with dial-in information.

              FOR THE COURT:

              Jonathan Westen
              Circuit Mediator

vs/mediation