| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>DEC 16 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ROSEMARIE VARGAS; et al.,

        Plaintiffs-Appellants,

 and

NEUHTAH OPIOTENNIONE; JESSICA TSAI,

        Plaintiffs,

 v.

FACEBOOK, INC.,

        Defendant-Appellee.

No. 21-16499

D.C. No. 3:19-cv-05081-WHO
Northern District of California,
San Francisco

ORDER

In an order filed August 05, 2022, a panel referred this matter to mediation. Mediation efforts have been exhausted. Accordingly, this case is released from the Mediation Program.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator