GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Theodore J. Boutrous Jr.
Direct: +1 213.229.7804
Fax: +1 213.229.6804
TBoutrous@gibsondunn.com

June 5, 2023

VIA ECF

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Re: *Vargas v. Facebook, Inc.* (No. 21-16499)
(Argued July 28, 2022 (Owens, Graber & M. Murphy (10th Cir.), JJ.))

Dear Ms. Dwyer:

Facebook submits this response to plaintiffs' recent Rule 28(j) letter (Dkt. 70) in which they submitted the transcript of oral argument before the Supreme Court in *Gonzalez v. Google LLC*.

Isolated comments by lawyers during oral argument have no force of law, particularly when the court's opinion does not address those comments, and even more so when (as the Supreme Court did in *Gonzalez*) the court does not address the underlying issues *at all*. The relevant point regarding *Gonzalez* is not what was said at oral argument, but that the Court did not address section 230, and thus left undisturbed this Court's precedent that is fatal to plaintiffs' claims here. *See* Facebook Br. 52-69.

Plaintiffs also misrepresent the nature of their own claims to make this case seem closer to the oral-argument colloquies they quote. Plaintiffs suggest in their letter that Facebook delivers ads to users via "personalized discriminatory choices selected by its sophisticated algorithms." But that has never been plaintiffs' theory in this case. As Facebook has explained (Facebook Br. 61-62), plaintiffs never presented any challenge to Facebook's algorithms and instead claimed only that Facebook "carried out the discriminatory selections" that *third-party advertisers* made (AOB 52). So this case has nothing to do with the colloquies plaintiffs quote, which in any event did not motivate the Supreme Court to say anything about section 230.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

GIBSON DUNN

Molly C. Dwyer
June 5, 2023
Page 2

Respectfully submitted,

s/ Theodore J. Boutrous Jr.

Theodore J. Boutrous Jr.
GIBSON, DUNN & CRUTCHER LLP
Counsel for Defendant-Appellee Facebook, Inc.