**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSEMARIE VARGAS; et al.,<br><br>        Plaintiffs-Appellants,<br><br>and<br><br>NEUHTAH OPIOTENNIONE; JESSICA TSAI,<br><br>        Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>        Defendant-Appellee. | No.   21-16499<br><br>D.C. No. 3:19-cv-05081-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: M. MURPHY,[*] GRABER, and OWENS, Circuit Judges.

      Submission of this case was withdrawn and deferred on January 9, 2023.

The case is resubmitted effective June 20, 2023.

---

      [*]    The Honorable Michael R. Murphy, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.