No. 21-16499

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

ROSEMARIE VARGAS; KISHA SKIPPER; JAZMINE SPENCER; DEILLO RICHARDS; JENNY LIN, on behalf of themselves individually, and on behalf of all others similarly situated,
*Plaintiffs-Appellants,*

and

NEUHTAH OPIOTENNIONE; JESSICA TSAI,
*Plaintiffs*,

v.

FACEBOOK, INC.,
*Defendant-Appellee.*

On Appeal From the United States District Court
for the Northern District of California
Case No. 3:19-cv-5081 | Hon. William H. Orrick

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC

Rosemarie T. Ring
Ryan Azad
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200

Theodore J. Boutrous Jr.
Bradley J. Hamburger
Matt Aidan Getz
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

*Counsel for Defendant-Appellee
Facebook, Inc. (now known as Meta Platforms, Inc.)*

Under Federal Rule of Appellate Procedure 26(b), Defendant-Appellee Facebook, Inc. respectfully requests a 30-day extension of the deadline in which to file a petition for panel rehearing and rehearing en banc in this case. This Court issued its opinion on June 23, 2023, and Facebook's petition is currently due on July 7, 2023. This motion, if granted, would extend the time for filing the petition to August 7, 2023.

There is good cause to extend the deadline for filing a petition for panel rehearing and rehearing en banc. Counsel for Facebook have several impending deadlines in other matters, including:

1. An oral argument on June 27, 2023, for *Pico Neighborhood Association v. City of Santa Monica*, No. S263972, in the Supreme Court of California;

2. A merits brief due on June 30, 2023, for *Zhang v. Superior Court*, No. S277736, in the California Supreme Court;

3. An oral argument on July 6, 2023, for *Monster, LLC and Noel Lee v. Beats Electronics, LLC*, No. B312570, in the California Court of Appeal;

4. An answering brief due July 10, 2023, for *Trump v. Clinton*, No. 22-13410, in the U.S. Court of Appeals for the Eleventh Circuit;

5. A hearing on a motion to remand on July 10, 2023, for *Lim v. Farmers Group, Inc.*, No. 2:23-cv-03419, in the Central District of California;

6. A petition for review to the California Supreme Court due July 14, 2023 for *Hastings College Conservation Committee v. Faigman*, Cal. Ct. App. No. A166898; and

7. A supplemental brief due July 14, 2023 for *Woodhouse v. U.S. Government*, No. 2:22-cv-00285, in the Central District of California.

One of Facebook's attorneys also has a previously scheduled, pre-paid vacation planned for June 30, 2023 to July 9, 2023. The combination of these constraints makes it difficult to prepare to file the petition without the requested extension.

Undersigned counsel has exercised diligence and will file any petition within the time requested. Facebook has not made a previous request for an extension of time to file a rehearing petition.

2

Counsel for Plaintiffs-Appellants has indicated that Plaintiffs consent to Facebook's motion for a 30-day extension.

For these reasons, Facebook respectfully requests that the Court grant its unopposed motion for a 30-day extension of time to file a petition for rehearing en banc.

Dated: June 26, 2023                    Respectfully submitted,

    /s/ Theodore J. Boutrous Jr.

Rosemarie T. Ring                       Theodore J. Boutrous Jr.
Ryan Azad                               Bradley J. Hamburger
GIBSON, DUNN & CRUTCHER LLP             Matt Aidan Getz
555 Mission Street, Suite 3000          GIBSON, DUNN & CRUTCHER LLP
San Francisco, CA 94105                 333 South Grand Avenue
Telephone: (415) 393-8200               Los Angeles, CA 90071
                                        Telephone: (213) 229-7000

*Counsel for Defendant-Appellee*
*Facebook, Inc. (now known as Meta Platforms, Inc.)*

3

## CERTIFICATE OF SERVICE

    I hereby certify that on June 26, 2023, an electronic copy of the foregoing motion was filed with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit using the Court's CM/ECF system and was served electronically by the Notice of Docket Activity upon registered CM/ECF participants.

<u>s/ Theodore J. Boutrous, Jr.</u>
Theodore J. Boutrous, Jr.
