**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSEMARIE VARGAS; et al., Plaintiffs-Appellants, and NEUHTAH OPIOTENNIONE; JESSICA TSAI, Plaintiffs, v. FACEBOOK, INC., Defendant-Appellee. | No. 21-16499 D.C. No. 3:19-cv-05081-WHO Northern District of California, San Francisco ORDER |

Before: M. MURPHY,[*] GRABER, and OWENS, Circuit Judges.

Appellee's unopposed motion for an extension of time to file a petition for panel rehearing or rehearing en banc, Docket No. 77, is GRANTED.

---

[*] The Honorable Michael R. Murphy, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.