```
                                                              FILED
        UNITED STATES COURT OF APPEALS
                                                              AUG 8 2023
             FOR THE NINTH CIRCUIT
                                                           MOLLY C. DWYER, CLERK
                                                            U.S. COURT OF APPEALS
```

| | |
|---|---|
| ROSEMARIE VARGAS; et al., | No. 21-16499 |
| Plaintiffs-Appellants, | D.C. No. 3:19-cv-05081-WHO |
| and | Northern District of California, San Francisco |
| NEUHTAH OPIOTENNIONE; JESSICA TSAI, | ORDER |
| Plaintiffs, | |
| v. | |
| FACEBOOK, INC., | |
| Defendant-Appellee. | |

Before: M. MURPHY,* GRABER, and OWENS, Circuit Judges.

Appellants are directed to file a response to Appellee's petition for panel rehearing and rehearing en banc, Docket No. 80, filed August 7, 2023. The response shall not exceed 15 pages and shall be filed within 21 days of the date of this order.

---

* The Honorable Michael R. Murphy, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.