**No. 21-16499**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

ROSEMARIE VARGAS; KISHA SKIPPER; JAZMINE SPENCER;
DEILLO RICHARDS; and JENNY LIN, on behalf of themselves individually,
and on behalf of all others similarly situated,

*Plaintiffs-Appellants,*

v.

FACEBOOK, INC.

*Defendant-Appellee.*

_____

On Appeal from the United States District Court
for the Northern District of California, San Francisco
No. 3:19-cv-050810-WHO
Honorable William H. Orrick

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS-APPELLANTS TO FILE RESPONSE TO PETITION FOR PANEL REHEARING

_____

Gerard V. Mantese
*gmantese@manteselaw.com*
MANTESE HONIGMAN, P.C.
1361 E. Big Beaver Rd.
Troy, MI 48083
Tel: 248-457-9200

Michael D. Seplow
*mseplow@sshhzlaw.com*
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Tel: 310-396-0731

Patricia A. Stamler
*pstamler@hertzschram.com*
Elizabeth Thomson
*lthomson@hertzschram.com*
Matthew Turchyn
*mturchyn@hertzschram.com*
HERTZ SCHRAM P.C.
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
Tel: 248-335-5000

*Counsel for Plaintiffs-Appellants*

Under Federal Rule of Appellate Procedure 26(b), Plaintiffs-Appellants respectfully request a 30-day extension of the deadline in which to file a response to Defendant-Appellee Facebook, Inc.'s Petition for Rehearing En Banc or Panel Rehearing ("Petition for Rehearing"). This Court issued its Order on August 8, 2023, and Plaintiffs-Appellants' response is currently due on August 29, 2023. This motion, if granted, would extend the time for filing the response to September 28, 2023.

There is good cause to extend the deadline for filing a response to Facebook's Petition for Rehearing.

1. This Court granted Facebook's June 26, 2023 Unopposed Motion for Extension of Time to File Petition for Panel Rehearing and Rehearing En Banc, Docket Nos. 77 and 78.

2. One of Plaintiffs' counsel has a prescheduled vacation during the week of August 14, 2023.

3. One of Plaintiffs' counsel is recovering from August 8, 2023 surgery.

The undersigned counsel have exercised diligence and will file any response within the time requested. Plaintiffs-Appellants have not made a previous request for an extension of time to respond to the Petition for Rehearing.

Counsel for Facebook do not oppose Plaintiffs-Appellants' motion for a 30-day extension.

For these reasons, Plaintiffs-Appellants respectfully request that the Court grant their unopposed motion for a 30-day extension of time to file a response to Facebook's Petition for Rehearing En Banc or Panel Rehearing.

Respectfully Submitted,

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**

*/s/ Michael D. Seplow*
Michael D. Seplow
9415 Culver Boulevard, #115
Culver City, CA 90232
(310) 396-0731
mseplow@sshhzlaw.com
**MANTESE HONIGMAN, P.C.**

*/s/ Gerard V. Mantese*
Gerard V. Mantese
1361 E. Big Beaver Rd.
Troy, MI 48083
(248) 457-9200
GMantese@manteselaw.com

*Counsel for Appellants.*

Date: August 14, 2023

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I hereby certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: August 14, 2023                     Respectfully,

/s/   *Michael D. Seplow*
Michael D. Seplow
*Counsel for Appellants.*