**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSEMARIE VARGAS; et al., Plaintiffs-Appellants, and NEUHTAH OPIOTENNIONE; JESSICA TSAI, Plaintiffs, v. FACEBOOK, INC., Defendant-Appellee. | No. 21-16499 D.C. No. 3:19-cv-05081-WHO Northern District of California, San Francisco ORDER |

Before: M. MURPHY,* GRABER, and OWENS, Circuit Judges.

Amici Curiae's motion requesting publication of the memorandum disposition, Docket No. 84, is DENIED.

---

* The Honorable Michael R. Murphy, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.