FILED

OCT 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROSEMARIE VARGAS; et al., <br><br> Plaintiffs-Appellants, <br><br> and <br><br> NEUHTAH OPIOTENNIONE; JESSICA TSAI, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant-Appellee. | No. 21-16499 <br><br> D.C. No. 3:19-cv-05081-WHO <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: M. MURPHY,* GRABER, and OWENS, Circuit Judges.

Appellee's motion for leave to file a reply in support of the petition for panel rehearing or rehearing en banc, Docket No. 87, is DENIED.

---

\* The Honorable Michael R. Murphy, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.