# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 17, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Facebook, Inc.
           v. Rosemarie Vargas, et al.
           No. 23-764
           (Your No. 21-16499)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 11, 2024 and placed on the docket January 17, 2024 as No. 23-764.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst